**Appeal Dismissed and Memorandum Opinion filed August 12, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00350-CV

---

## IN THE INTEREST OF R.R.S., A CHILD

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2020-12963**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 24, 2021. The notice of appeal was due June 14, 2021. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on June 23, 2021, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

On July 20, 2021, we ordered appellant to file a proper motion to extend time

to file the notice of appeal on or before July 30, 2021. *See* Tex. R. App. P. 26.3, 10.5(b). Appellant did not file such a motion. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Zimmerer.